FILED

:::: 1 :: 2010

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> WILLIAM ERVIN, <br><br> Defendant. | )<br>)<br>)<br>)<br>)      2:08-CR-288-PMP (RJJ)<br>)<br>)<br>)<br>) |

## ORDER OF FORFEITURE

This Court found on March 23, 2009, that WILLIAM ERVIN shall pay a criminal forfeiture money judgment of $500,000.00 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1)(A) and Title 18, United States Code, Section 982(a)(2)(A).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from WILLIAM ERVIN a criminal forfeiture money judgment in the amount of $500,000.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); and Title 18, United States Code, Section 982(a)(2)(A).

DATED this  17th  day of ___May___, 2010.

_____
UNITED STATES DISTRICT JUDGE