```
                    ___ FILED        ___ RECEIVED
                    ___ ENTERED      ___ SERVED ON
                                     COUNSEL/PARTIES OF RECORD

                          FEB - 7 2017

                        CLERK US DISTRICT COURT
                          DISTRICT OF NEVADA
                    BY:_____ DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2:08-CR-288-PMP-RJJ |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| WILLIAM ERVIN ) | |
| ) | |
| Defendant. ) | |

ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#293) on May 18, 2010. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: AURORA LOAN SERVICES
Amount of Restitution: $457,876.95

Name of Payee: BANK OF AMERICA HOME LOANS
Amount of Restitution: $316,665.75

**Total Amount of Restitution ordered:** $774,542.70**
**Joint and Several with co-defendants

Dated this ____6____ day of February, 2017.

_____
UNITED STATES DISTRICT JUDGE